**MANFRED APC**
Manfred P. Muecke (SBN 222893)
600 W Broadway Ste 700
San Diego CA 92101
(619) 550-4005
mmuecke@manfredapc.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARISSA GATES AND JANINE HWANG, individually, and on behalf of all others similarly situated, | Case No. 5:24-cv-00036-SVW-DTB |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| UPFIELD US INC. | |
| Defendant. | |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and this Court's order on July

2    9, 2024 (Dkt. No. 34), Plaintiffs hereby gives notice of their voluntary dismissal of this action.

3

4    Dated: July 25, 2024

5                                              Respectfully submitted,

6                                              */s/ Manfred P. Muecke*
                                               Manfred P. Muecke (SBN 222893)
7                                              **Manfred APC**
                                               600 W Broadway Ste 700
8                                              San Diego CA 92101
                                               Tel: (619) 550-4005
9                                              Fax: (619) 550-4006
                                               mmuecke@manfredapc.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1